**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| JOSEPH E. HUDAK, | : | No. 71 WM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, | : | |
| | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of December, 2019, the Application for Leave to File Original Process is GRANTED. The Petition for Writ of Prohibition and the Application for Permission to File Supplement are DENIED.